```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF MAINE
```

| | |
|---|---|
| MARC DELIT, | ) |
| | ) |
|        Petitioner, | ) |
| | ) |
|  v. | )   Civil No. 05-132-B-W |
| | ) |
| SHERIFF, PENOBSCOT COUNTY, | ) |
| | ) |
|        Respondent. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 26, 2005 her Recommended Decision. The Petitioner filed his objections to the Recommended Decision on September 30, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.   It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    It is further <u>ORDERED</u> that Petitioner's 28 U.S.C. § 2254 Petition is <u>DISMISSED</u> pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2005